UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Francis Ford, | Civ. No. 24-4533 (JWB/DJF) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Jared Rardin, *Warden*, | |
| Respondent. | |

---

United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") on January 16, 2025. (Doc. No. 5.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The January 16, 2025 Report and Recommendation (Doc. No. 5) is **ACCEPTED**; and

2. Petitioner Francis Ford's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 18, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge